THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABE RINGE, Appellant.

Argued January 14, 1948; decided March 11, 1948.

*Jacob J. Rosenblum, William Francis Corson* and *Abraham Hornstein* for appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment of conviction reversed and a new trial ordered upon the ground that the Trial Judge failed to deliver a correct charge as to the elements of felony murder and the subject of intoxication. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Dissenting: THACHER and DYE, JJ., who vote to affirm the judgment of conviction.